JAMES PHELAN et al., Respondents, *v.* THE ATLANTIC AND GULF RAILROAD COMPANY et al., ISAAC BERNHEIMER et al., Appellants.

(Argued May 20, 1879 ; decided May 27, 1879.)

*E. L. Andrews* for appellants.

*Joseph H. Choate* for respondents.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.